**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Patrick E. Conard** | Social Security number or ITIN | **xxx–xx–1703** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Arlene E. Conard** | Social Security number or ITIN | **xxx–xx–8337** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **19–21228–CMB**

# Order of Discharge                                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Patrick E. Conard                                          Arlene E. Conard

7/31/19                                                            **By the court:**   Carlota M. Bohm
                                                                                                 United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 19-21228-CMB
Patrick E. Conard                                                           Chapter 7
Arlene E. Conard
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin              Page 1 of 2            Date Rcvd: Jul 31, 2019
                              Form ID: 318             Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2019.
```
db/jdb         +Patrick E. Conard,    Arlene E. Conard,    918 Eureka Street,    Pittsburgh, PA 15210-1030
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
15021028       +Allegheny General Anesthesia,    PO Box 95915,    Cleveland, OH 44193-0001
15021030       +Allegheny Health Network,    PO Box 645266,    Pittsburgh, PA 15264-5250
15021044      #+MLG Podiatry Group, Inc.,    730 Brownsville Road,    Pittsburgh, PA 15210-2300
15021045       +Mount Oliver Dental Pavilion,    145 Brownsville Road,    Pittsburgh, PA 15210-2113
15021046       +Nationstar Mortgage LLC dba Mr. Cooper,    Lake Vista 4,    800 State Highway 121 Bypass,
                 Lewisville, TX 75067-4180
15021047        Peoples Gas,    PO Box 644760,    Pittsburgh, PA 15264-4760
15021048        Pittsburgh Water & Sewage,    PO BOX 747055,    Pittsburgh, PA 15274-7055
15021063        Timothy Boyer,    327 Selene Street,    Pittsburgh, PA 15217
15021064       +Travelers,    c/o Pinnacle Group LLC,    3301 William Penn Highway,    Pittsburgh, PA 15235-5242

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 01 2019 03:25:21      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +EDI: PHINAMERI.COM Aug 01 2019 07:08:00      Americredit Financial Services, Inc. Dba GM Financ,
                 P.O Box 183853,    Arlington, TX 76096-3853
cr             +E-mail/Text: kburkley@bernsteinlaw.com Aug 01 2019 03:26:27      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
cr             +EDI: PRA.COM Aug 01 2019 07:08:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15021033       +EDI: GMACFS.COM Aug 01 2019 07:08:00      Ally Financial,    Attn: Bankruptcy Dept,
                 Po Box 380901,    Bloomington, MN 55438-0901
15021032       +EDI: GMACFS.COM Aug 01 2019 07:08:00      Ally Financial,    200 Renaissance Ctr,
                 Detroit, MI 48243-1300
15021035       +EDI: PHINAMERI.COM Aug 01 2019 07:08:00      AmeriCredit/GM Financial,    Attn: Bankruptcy,
                 Po Box 183853,    Arlington, TX 76096-3853
15021034       +EDI: PHINAMERI.COM Aug 01 2019 07:08:00      AmeriCredit/GM Financial,    Po Box 181145,
                 Arlington, TX 76096-1145
15021036        EDI: COMCASTCBLCENT Aug 01 2019 07:08:00      Comcast,    PO Box 3001,
                 Southeastern, PA 19398-3001
15021037       +EDI: RCSFNBMARIN.COM Aug 01 2019 07:08:00      Credit One Bank,    Po Box 98875,
                 Las Vegas, NV 89193-8875
15021038       +EDI: RCSFNBMARIN.COM Aug 01 2019 07:08:00      Credit One Bank,    Attn: Bankruptcy Department,
                 Po Box 98873,    Las Vegas, NV 89193-8873
15021039       +E-mail/Text: kburkley@bernsteinlaw.com Aug 01 2019 03:26:27      Duquesne Light Company,
                 411 Seventh Avenue,    Pittsburgh, PA 15219-1942
15021041       +EDI: BLUESTEM Aug 01 2019 07:08:00      Fingerhut,    Attn: Bankruptcy,    Po Box 1250,
                 Saint Cloud, MN 56395-1250
15021040       +EDI: BLUESTEM Aug 01 2019 07:08:00      Fingerhut,    6250 Ridgewood Rd,
                 Saint Cloud, MN 56303-0820
15021042       +EDI: PRA.COM Aug 01 2019 07:08:00      HSBC Bank Nevada,
                 c/o Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk, VA 23541-0914
15021043       +EDI: MERRICKBANK.COM Aug 01 2019 07:08:00      Merrick Bank/CardWorks,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
15021051       +EDI: RMSC.COM Aug 01 2019 07:08:00      Syncb/Toys 'R' Us,    Po Box 965005,
                 Orlando, FL 32896-5005
15021052       +EDI: RMSC.COM Aug 01 2019 07:08:00      Syncb/Toys 'R' Us,    Attn: Bankruptcy,    Po Box 965004,
                 Orlando, FL 32896-5004
15021049       +EDI: RMSC.COM Aug 01 2019 07:08:00      Syncb/hhgreg,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
15021050       +EDI: RMSC.COM Aug 01 2019 07:08:00      Syncb/hhgreg,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
15023195       +EDI: RMSC.COM Aug 01 2019 07:08:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
15021054       +EDI: RMSC.COM Aug 01 2019 07:08:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
15021053       +EDI: RMSC.COM Aug 01 2019 07:08:00      Synchrony Bank/ JC Penneys,    Po Box 965007,
                 Orlando, FL 32896-5007
15021056       +EDI: RMSC.COM Aug 01 2019 07:08:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
15021055       +EDI: RMSC.COM Aug 01 2019 07:08:00      Synchrony Bank/Care Credit,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
15021058       +EDI: RMSC.COM Aug 01 2019 07:08:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
15021057       +EDI: RMSC.COM Aug 01 2019 07:08:00      Synchrony Bank/Lowes,    Po Box 956005,
                 Orlando, FL 32896-0001
15021060       +EDI: RMSC.COM Aug 01 2019 07:08:00      Synchrony Bank/Walmart,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
```

```
District/off: 0315-2           User: admin              Page 2 of 2              Date Rcvd: Jul 31, 2019
                               Form ID: 318             Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
15021059        +EDI: RMSC.COM Aug 01 2019 07:08:00      Synchrony Bank/Walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
15021062        +EDI: WTRRNBANK.COM Aug 01 2019 07:08:00      Target,    Attn: Bankruptcy,    Po Box 9475,
                 Minneapolis, MN 55440-9475
15021061        +EDI: WTRRNBANK.COM Aug 01 2019 07:08:00      Target,    Po Box 673,    Minneapolis, MN 55440-0673
                                                                                                TOTAL: 31

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Nationstar Mortgage LLC d/b/a Mr. Cooper
15021029*       +Allegheny General Anesthesia,    PO Box 95915,    Cleveland, OH 44193-0001
15021031*       +Allegheny Health Network,    PO Box 645266,    Pittsburgh, PA 15264-5250
                                                                                       TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2019 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    trusteesikirica@zoominternet.net, PA59@ecfcbis.com
              Julie Frazee Steidl    on behalf of Joint Debtor Arlene E. Conard
               julie.steidl@steidl-steinberg.com,
               leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              Julie Frazee Steidl    on behalf of Debtor Patrick E. Conard julie.steidl@steidl-steinberg.com,
               leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                 TOTAL: 7
```